UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

CARLOS OCAMPO GUZMAN,

        Petitioner,

v.

PAMELA BONDI et al.,

        Respondents.
_____/

Case No. 1:25-cv-1565

Honorable Robert J. Jonker

## ORDER TO SHOW CAUSE

This is a habeas corpus action brought by an individual detained by the United States Immigration and Customs Enforcement, challenging the lawfulness of Petitioner's current detention.

The Court has reviewed the application pursuant to 28 U.S.C. § 2243, and orders as follows:

1. The Clerk of Court shall serve copies of the petition and this order on Respondents.

2. On or before the third business day after entry of this order, Respondents shall show cause in writing why the writ of habeas corpus and other relief requested in the petition should not be granted.

3. Petitioner shall file a written reply on or before the third business day after Respondents file their response to the order to show cause.

4. In Respondents' response and Petitioner's reply, the parties shall address the Court's jurisdiction and authority to grant the requested relief, exhaustion of available remedies, and any issues of fact that must be resolved.

5. The Court will schedule a hearing, if necessary, after the parties have filed their submissions.

**IT IS SO ORDERED**.

Dated:   November 26, 2025             /s/ Robert J. Jonker
                                       Robert J. Jonker
                                       United States District Judge